THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES MCLAINE                              :
                                           :
      Plaintiff,                       :
v.                                         :       3:13-CV-1378
                                           :       (JUDGE MARIANI)
LACKAWANNA COUNTY, et al.                  :
                                           :
      Defendants.                      :

## ORDER

AND NOW, THIS 3rd DAY OF JULY, 2014, upon consideration of Defendants' Motion to Dismiss (Doc. 15) and all accompanying briefs, **IT IS HEREBY ORDERED THAT** Defendants' motion to dismiss is **DENIED**.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge